UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 76-0686-civ-Middlebrooks

OLLIE CARRUTHERS, et al.,

    Plaintiff,

v.

GREGORY TONY, as Sheriff of Broward County,

    Defendant.

_____/

## ORDER APPROVING AND ADOPTING SETTLEMENT

THIS CAUSE comes before the Court upon the joint motion of the Plaintiffs and the Sheriff of Broward County to approve the Settlement Agreement. (DE 1060). The Court has reviewed the extensive record, held a hearing on the Motion on April 12, 2019, and is advised in the premises. Because the Court finds the Settlement (DE 1043-4) fair, adequate, and reasonable under Fed. R. Civ. P. 23, and that it complies in all respects with the Prison Litigation Reform Act, 18 U.S.C. §3626(a),

**IT IS ORDERED** that the Parties' Joint Motion for Final Approval of Settlement Agreement (DE 1060) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Settlement Agreement (DE1043-4) is hereby adopted and incorporated herein as an Order of the Court. The Court shall retain jurisdiction over this matter pursuant to the terms of the Settlement Agreement.

**IT IS FURTHER ORDERED** that the Settlement Agreement shall be posted in the dayrooms/common area of all housing units of the Broward County Jail, and distributed to all prisoners without access to dayrooms/common areas.

**SIGNED** in Chambers at West Palm Beach, Florida, this 15 day of April, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record