UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 76-6086-CIV-MIDDLEBROOKS

| | |
|---|---|
| **OLLIE CARRUTHERS, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **GREGORY TONY, as Sheriff of** | ) |
| **Broward County, Florida,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### JOINT MOTION TO APPROVE
### STIPULATION REGARDING ATTORNEYS' FEES

On October 31, 2022, pursuant to Local Rule 7.3, Plaintiffs' counsel served upon Defendant its draft Motion for Attorneys' Fees seeking an award of fees and non-taxable costs in this case totaling $274,124.75 that have not previously been compromised through October 11, 2022. Following negotiation of counsel, and in the interest of resolving this matter without any further litigation, the parties submit this stipulation for consideration and approval by the Court which, if adopted by the Court, wholly resolves Plaintiffs' demand for fees and non-taxable costs through October 11, 2022.

**IT IS STIPULATED AND AGREED** between Plaintiffs and Defendant that:

1. Plaintiffs agree to accept a total of $225,000 (hereinafter "Settlement Amount") from Defendant in full and complete satisfaction of all claims against Defendant for attorneys' fees and costs at issue in this case through October 11, 2022.

2. Defendant shall pay the Settlement Amount within thirty (30) days following this Court's order approving the stipulation.

3. In consideration of the Settlement Amount received by the Plaintiffs or on behalf of the Plaintiffs, the Plaintiffs, their attorneys, agents, and employees hereby agree not to sue the Defendant, or otherwise make any further demand from Defendant with respect attorney's fees or costs incurred by them in this case through October 11, 2022, including any interest or other amounts in connection therewith.

4. If Defendant then fails to pay the designated amounts set forth above by the specified date, Plaintiffs shall be entitled to interest against Defendant beginning on the first date of non-payment in accordance with Florida law.

5. The parties respectfully ask the Court to approve and enter this Stipulation as an Order of the Court.

**DATED** this 30th day of November, 2022.

By: /s/ Terrence Lynch
Terrence Lynch, Esq.
General Counsel for
Broward Sheriff Office
2601 West Broward Blvd.
Fort Lauderdale, FL 33312
Terrence_Lynch@sheriff.org
*Attorney for Sheriff Tony*

By: Eric Balaban (signed with permission)
Eric Balaban
National Prison Project of the ACLU Foundation
915 15th Street
Seventh Floor
Washington, D.C. 20005

Daniel Tilley
ACLU Foundation of Florida
4343 West Flagler St, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
Fla. Bar. No. 102882

        Christopher C. Cloney, Esq.
CLONEY & CLONEY, P.A.
5505 North Atlantic Avenue, Suite 202
Cocoa Beach, Florida 32931
Telephone: (321) 631-3336
ccc@cloney.com
Fla. Bar No. 179595

Julie M. Cloney
CLONEY & CLONEY, P.A.
5505 North Atlantic Avenue, Suite 202
Cocoa Beach, Florida 32931
Telephone: (321) 631-3336
jmc@cloney.com
Fla. Bar No. 0059595

*Attorneys for Plaintiff Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document and proposed Order were served by CM/ECF on 30th day of November, 2022 on all counsel or parties of record on the Service List below.

    /s/  Terrence Lynch
Terrence Lynch, Esq.

**Service List**

Daniel Tilley
ACLU Foundation of Florida
4343 West Flagler St, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org

Chris Cloney
CLONEY & CLONEY, P.A.
5505 North Atlantic Avenue, Suite 202 Cocoa
Beach, Florida 32931
ccc@cloney.com

Julie M. Cloney
CLONEY & CLONEY, P.A.
5505 North Atlantic Avenue, Suite 202
Cocoa Beach, Florida 32931
jmc@cloney.com

Howard R. Messing, Esq.
2200 South Ocean Lane, Apt. 2510
Fort Lauderdale, FL 33316
Electronic Service
howardmessing@aol.com
Court Appointed Special Master